## Henry CASTER, Movant–Appellant,

v.

## STATE of Missouri, Respondent.

### No. ED 76086.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 2, 1999.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS, and LAWRENCE E. MOONEY, JJ.

### ORDER

PER CURIAM.

Movant Henry Caster appeals the judgment denying his Rule 24.035 motion without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the

reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).